**Electronically Filed
Supreme Court
SCWC-14-0001369
29-JUL-2016
09:29 AM**

SCWC-14-0001369

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KIM RAYNARD MASSEY, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001369; SPP NO. 12-1-0032; CR. NO. 06-1-2105)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Kim Raynard Massey's application for writ of certiorari filed on June 16, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 29, 2016.

Kim Raynard Massey,
petitioner, pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson